UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Iron Springs Resort, LLC,

        Plaintiff,

  v.

Finito Services, LLC, et al.,

        Defendants.

2:11-cv-00750-TSZ

ORDER

THIS MATTER comes before the Court on Plaintiff Iron Springs Resort, LLC's, motion to set aside order denying Plaintiff's renewed motion for default judgment and for entry of default judgment, docket no. 24.  The Court now finds and Orders as follows:

(1) On July 24, 2012, Plaintiff Iron Springs Resort, LLC, filed a motion to set aside the Court's order on motion for default and for entry of judgment.  Docket no. 24.  The Court entered a motion to show cause why the underlying order of default against Finito Services, LLC, should not be vacated, sua sponte, on September 6, 2012.  Plaintiff filed a memorandum response to the Court's show cause order on September 25, 2012.  The Court concludes that Plaintiff has demonstrated that the order of default against Finito Services should not be vacated.

ORDER - 1

(2) Plaintiff's motion to set aside the Court's order on motion for default and for entry of judgment, docket no. 24, is GRANTED in part and DENIED in part. The Court's Minute Order, docket no. 23, denying Plaintiff's renewed motion for judgment is VACATED. Plaintiff is awarded a judgment in principal of $1,000.00, attorney fees of $24,540.88, and costs of $924.46.

(3) The Court STRIKES docket nos. 27 and 28.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to David A. Lowe, Lowe, Graham & Jones, 701 Fifth Avenue, Suite 4800, Seattle, WA 98104.

Dated this 27th day of September, 2012.

*Thomas S. Zilly*

THOMAS S. ZILLY
United States District Judge

ORDER - 2